# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JIMMIE R. EMERSON, JR.** | : | **DOCKET NO. 2:04-cv-2363**<br>**Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **WARDEN ANDREWS, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## O R D E R

Currently before the court is "Plaintiff's Motion for Specification" [doc. 13] filed by *pro se* plaintiff, Jimmie R. Emerson, Jr. By this motion, the plaintiff wishes to specify for the record that at the time of the events about which he complains, he was already in "protection status" and that "protection status" means "protected custody."

Having considered this motion, it is

ORDERED that the motion be GRANTED and that these allegations regarding plaintiff's custody status be included in the record.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27th day of June, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE