# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JIMMIE R. EMERSON, JR. | : | DOCKET NO. 2:04-cv-2363<br>Section P |
| VS. | : | JUDGE MINALDI |
| WARDEN ANDREWS, ET AL. | : | MAGISTRATE JUDGE WILSON |

## O R D E R

Currently before court is a "Motion for Default Judgment" [doc. 19] filed by *pro se* plaintiff, Jimmie R. Emerson, Jr. By this motion, the plaintiff seeks to have the court enter a default judgment against the defendants for failing to answer within twenty (20) days of service of process.

A review of the docket sheet reveals Chad Meaux is the only defendant who has been personally served with process. He was served on August 15, 2005, and his answer was due on September 6, 2005. On that date, a "Motion for Extension of Time in which to Plead" was filed on behalf of defendant Meaux, and this motion was granted, giving defendant Meaux until October 3, 2005 to respond to the plaintiff's civil rights action. Accordingly, the time for filing an answer has not yet expired, and a default judgment would not be appropriate at the current time.

THEREFORE,

IT IS ORDERED that the motion for default judgment be and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of September, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE