

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **JIMMIE EMERSON** | : | **DOCKET NO. 2:04-cv-2363** |
| **VS.** | : | **JUDGE MINALDI** |
| **WARDEN ANDREWS, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the cross Motions for Summary Judgment [doc. 65 & 67] be DENIED and that this matter be set for trial.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of July, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE