UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JIMMIE R. EMERSON, JR.** | : | **DOCKET NO. 2:04 CV 2363** |
| VS. | : | JUDGE MINALDI |
| **WARDEN ANDREWS, ALLEN CORRECTIONAL CENTER, ET AL.** | : | MAGISTRATE JUDGE WILSON |

### ORDER

ORDERED that a *writ of habeas corpus ad testificandum* issue to the Warden, Dixon Correctional Center in Jackson, Louisiana directing that Jimmie R. Emerson, Jr. be delivered and produced at the Edwin F. Hunter Federal Courthouse, 611 Broad Street, Lake Charles, Louisiana, on or before 9:30 A.M. on May 19, 2008, for the trial set in the above-captioned matter, and that his custodians maintain custody of this incarcerated witness throughout the trial and up to and including his return to the Dixon Correctional Center in Jackson, Louisiana following the conclusion of the trial.

IT IS FURTHER ORDERED that the Clerk of the United States District Court send copies of this order and the accompanying *Writ of Habeas Corpus Ad Testificandum* to Samuel Gabb, the defense attorney of record, and to the Warden of the Dixon Correctional Center in Jackson, Louisiana.

Lake Charles, Louisiana, this  7  day of August, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE